## Commonwealth ex rel. Conard, Appellant, *v.* Maroney.

Submitted March 15, 1965. *Verle G. Conard,* appellant, in propria persona; *Ralph J. Althouse, Jr.,* Assistant District Attorney, and *W. Richard Eshelman,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Cramer, Appellant, *v.* Cavell.

Submitted March 15, 1965. *George D. Cramer,* in propria persona, and *Walter C. Graeff,* Public Defender, for appellant; *George E. Christianson* and *R. Hart Beaver,* Assistant District Attorneys, and *Alvin B. Lewis, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.